■ PIA INVESTMENTS LTD. et al., Appellants, v UBS SECURITIES, INC., Respondent. [650 NYS2d 542] —Judgment, Supreme Court, New York County (Walter Schackman, J.), entered April 19, 1995, unanimously affirmed for the reasons stated by Schackman, J., with costs and disbursements. No opinion. Concur—Sullivan, J. P., Milonas, Ellerin, Nardelli and Williams, JJ.